UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

AUTREALE NORMAN,

    Plaintiff,

v.

JASON MICHAEL KATZ, P.C.,

    Defendant.

Case No.: 1:17-cv-00140-GJQ-PJG
Hon. Judge Gordon J. Quist
Magistrate Judge Phillip J. Green

## ORDER DISMISSING WITH PREJUDICE PLAINTIFF'S COMPLAINT AGAINST DEFENDANT WITHOUT FEES OR COSTS TO ANY PARTY

Pursuant to the parites' stipulation between Plaitniff Autreale Norman and Defendant Jason Michael Katz, P.C. filed with this Court, Plaintiff's Complaint is hereby dismissed with prejudice, and without fees or costs awarded to any party.

This Order resolves all pending claims and closes the case.

**IT IS SO ORDERED.**

Dated: May 10, 2017

/s/ Gordon J. Quist
Hon. Gordon J. Quist
United States District Court
Western District of Michigan